JOSEPH B. REILLY et al., respondents,

*v.*

WILLIAM B. GRIFFITH et al., appellants.

[Submitted May 28th, 1948. Decided September 3d, 1948.]

*Mr. Emory S. Kates,* for the respondents.

*Mr. Henry S. Ross* (*Mr. Albert E. Scheflen,* of counsel), for the appellants.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Woodruff, and reported at *141 N. J. Eq. 154.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, WACHENFELD, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—COLIE, J. 1.